%AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Eastern                    District of    Massachusetts

Jami Lanser and Steven Higgins
PPA C. Higgins

**SUMMONS IN A CIVIL CASE**

V.

H.N. Hinckley & Sons, Inc.
d/b/a Hinckley Lumber
And Shawn M. Willoughby

CASE NUMBER:

05-11472DPW

TO: (Name and address of Defendant)

H.N. Hinckley & Sons, Inc
61 Beach Road
Vineyard Haven, MA 02568

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

PINGITORE & ASSOCIATES, LLC
ATTORNEYS AT LAW
THREE CENTER PLAZA, STE. 210
BOSTON, MA 02108

an answer to the complaint which is herewith served upon you, within __twenty (20)__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON

CLERK

(By) DEPUTY CLERK

JUL 1 2 2005

DATE

## RETURN OF SERVICE

County of Dukes County, ss.                                             August 1, 2005

     I hereby certify and return that I this day served an attested copy of the within Summons, together with a copy of the Complaint & Jury Demand - Preliminary Statement, Exhibits A – D and Civil Action Cover Sheet, in this action, upon the within named defendant, H.N. Hinckley & Sons, Inc. of Vineyard Haven, in the following manner: by delivering, in hand, to Rena Vieara, Credit Manager.

Fees:

| | |
|---|---|
| service, in hand | 30.00 |
| travel/auto hire | 5.75 |
| attested copies | 5.00 |
| return & mailing | 3.50 |
| Total: | 44.25 |

_Linda J. Hanover_
Linda J. Hanover
Deputy Sheriff
County of Dukes County

### DECLARATION OF SERVER

     I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
                                 Date                           *Signature of Server*

_____
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# UNITED STATES DISTRICT COURT

Eastern                                District of      Massachusetts

Jami Lanser and Steven Higgins
PPA C. Higgins

### SUMMONS IN A CIVIL CASE

V.

H.N. Hinckley & Sons, Inc.
d/b/a Hinckley Lumber
And Shawn Willoughby

CASE NUMBER:

05 - 11472 DPW

TO: (Name and address of Defendant)

Shawn M. Willoughby
~~33 Summer Street~~   North Cottage Program
~~Tisbury, MA 02557~~   69 East Main Street
                        Norton, MA 02766

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

PINGITORE & ASSOCIATES, LLC
ATTORNEYS AT LAW
THREE CENTER PLAZA, STE. 210
BOSTON, MA 02108

an answer to the complaint which is herewith served upon you, within  twenty (20)  days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON                                    JUL 1 2 2005

CLERK                                                DATE

(By) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE August 3rd 2005 |
| NAME OF SERVER (PRINT) Thomas H. Savage | TITLE |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the ~~third-party~~ defendant. Place where served: 69 East Main Street, Norton, Mass.

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  8-3-2005        [signature]
              Date              Signature of Server

427 Neck St Weymouth, Mass. 02191
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.