UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 05-11472DPW

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
JAMI LANSER and STEVEN HIGGINS,          \*
PPA C. HIGGINS,                          \*
    PLAINTIFFS                           \*
                                         \*
VS.                                      \*
                                         \*
H.N. HINCKLEY & SONS, INC., DBA          \*
HINCKLEY LUMBER and SHAWN M.             \*
WILLOUGHBY,                              \*
    DEFENDANTS                           \*
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ENTRY OF APPEARANCE

Please enter our appearance as attorneys for the defendants H.N. Hinckley & Sons, Inc., dba Hinckley Lumbar and Shawn M. Willoughby in the above-captioned matter.

Thank you.

                                                Respectfully submitted,
                                                The defendants,
                                                By their attorneys,

                                                BELLOTTI & BARRETTO, P.C.

                                                Peter V. Bellotti, Esq., BBO#544713
                                                Kimberly D. Goodman, Esq., BBO#567151
                                                Davenport Building
                                                25 Thorndike Street
                                                Cambridge, MA  02141
                                                (617) 225-2100

**CERTIFICATE OF SERVICE**

I, Peter V. Bellotti, hereby certify that on August 22, 2005, I served a copy of the within ENTRY OF APPEARANCE by placing it in the office depository for mailing, postage prepaid, directed to:

John R. Chayrigues, Esq.
Pignitore & Associates, LLC
Three Center Plaza, Suite 210
Boston, MA  02108

Peter V. Bellotti, Esq.