UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05-11472 DPW

| | |
|---|---|
| JAMI LANSER and STEVEN HIGGINS, PPA C. HIGGINS<br><br>Plaintiffs,<br><br>v.<br><br>H.N. HINCKLEY & SONS, INC., d/b/a HINCKLEY LUMBER And SHAWN M. WILLOUGHBY, JR.<br><br>Defendants, | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF AMENDMENT OF COMPLAINT PURSUANT TO FED. RULE CIV. P. 15(A)**

The Plaintiffs, Jami Lanser and Steven Higgins, as the parents and next friends of C. Higgins, a minor child (collectively the "Plaintiffs"), provide notice pursuant to Fed. R. Civ. P. 15(a), of the amendment of the Complaint filed in the above captioned matter. The Plaintiffs state that the Complaint in this matter was filed with the Court on July 12, 2005, but no responsive pleading has yet been served by either Defendant. Pursuant to Fed. R. Civ. P. 15(a), the Plaintiffs have amended the Complaint as a matter of course. A copy of the First Amended Complaint is filed herewith.

JAMI LANSER and STEVEN
HIGGINS, PPA C. HIGGINS
By Their Attorneys,

_____
Peter J. Pingitore BBO#547333
John R. Chayrigues BBO#637505

**CERTIFICATE OF SERVICE**

I hereby certify that on this day a true copy of the above document was served upon the attorney of record for each party by mail/by hand.
Date: 8/31/05  _____

Pingitore & Associates, LLC
Three Center Plaza, Suite 210
Boston, Massachusetts 02108
(617) 367-0990