UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MASSACHUSETTS

CIVIL ACTION # 05-11472 DPW

|  |  |
|---|---|
| JAMI LANSER and STEVEN HIGGINS, PPA C. HIGGINS<br><br>Plaintiffs,<br><br>v.<br><br>H.N. HINCKLEY & SONS, INC., d/b/a HINCKLEY LUMBER And SHAWN M. WILLOUGHBY, JR.<br><br>Defendants, | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**JOINT STATEMENT PURSUANT TO LOCAL RULE 16.1**

The parties, by and through their counsel, state that they have conferred in this matter and hereby submit this Joint Statement Pursuant To Local Rule 16.1, setting forth the following agreed upon proposed pretrial schedule:

**DISCOVERY PLAN**

A. The parties shall serve all Rule 26(a)(1) disclosures within fourteen (14) days after the Rule 16(b) conference;

B. The parties shall serve all written discovery requests, with the exception of requests for admissions as set forth in paragraph C, by May 3, 2006;

C. The parties may serve requests for admissions up until sixty (60) days prior to the date of trial;

D. All depositions, with the exception of depositions of expert witnesses as set forth in paragraph E, are to be completed by August 3, 2006;

E. The Plaintiffs expert witnesses are to be designated by June 2, 2006. The Defendants expert witnesses are to be designated by August 3, 2006. All expert depositions are to be completed by September 4, 2006;

F. All discovery shall be completed by September 4, 2006, unless enlarged by Order of this Court.

## MOTION SCHEDULE

G. Motions for joinder of additional parties shall be filed by May 3, 2006;

H. Motions for amendments of pleadings shall be filed by June 2, 2006;

I. Dispositive motions shall be filed by October 3, 2006;

J. Final pre-trial conference to be held November 3, 2006, or any date thereafter convenient for the Court.

**Certifications pursuant to Local Rule 16.1(D)(3) will be filed separately by each party.**

| | |
|---|---|
| JAMI LANSER and STEVEN HIGGINS, PPA C. HIGGINS By Their Attorneys, | H.N. HINCKLEY & SONS, INC. And SHAWN M. WILLOUGHBY, JR By Their Attorneys, |
| Peter J. Pingitore BBO#547333 John R. Chayrigues BBO#637505 Pingitore & Associates, LLC Three Center Plaza, Suite 210 Boston, Massachusetts 02108 (617) 367-0990 | Peter V. Bellotti BBO #544713 Kimberly D. Goodman-Cooperstein BBO#567151 Lucas W. Talarico BBO#655144 Bellotti & Barretto, P.C. Davenport Building 25 Thorndike Street Cambridge, Massachusetts 02141 (617) 225-2100 |

**CERTIFICATE OF SERVICE**

I hereby certify that on this day a true copy of the above document was served upon the attorney of record for each party by mail/by hand.

Date: 10/28/05