UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 05-11472DPW

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

JAMI LANSER and STEVEN HIGGINS, \*
PPA C. HIGGINS, \*
    PLAINTIFFS \*
  \*
VS. \*
  \*
H.N. HINCKLEY & SONS, INC., DBA \*
HINCKLEY LUMBER and SHAWN M. \*
WILLOUGHBY, \*
    DEFENDANTS \*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## CERTIFICATION PURSUANT TO LOCAL RULE 16.1(D)(3)

We the undersigned, as attorney and authorized representative of the above-captioned defendants, hereby certify that, pursuant to Local Rule 16.1(D)(3), we have conferred regarding the estimated litigation costs and any budgetary issues that may stem from the full-fledged litigation of this matter, and are aware of the costs that may stem from various alternative courses of litigation.

Furthermore, we hereby certify that we are amenable to alternative dispute resolution, as outlined in Local Rule 16.4, particularly mediation.

Nothing about this certification should be construed as an admission or concession on any material issue in this case.

Signed under the pains and penalties of perjury this 26th day of October, 2005.

_____  _____
Kimberly D. Goodman Cooperstein, Esq.,   Gerald Schwager
BBO# 567151   Authorized Agent for Defendants
BELLOTTI & BARRETTO, P.C.   Claims Adjustor
Davenport Building   Arbella Mutual Insurance Company
25 Thorndike Street   20 Independence Drive
Cambridge, MA 02141   P.O. Box 670
(617) 225-2100   Hyannis, MA 02568