UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MASSACHUSETTS

CIVIL ACTION # 05-11472 DPW

JAMI LANSER and STEVEN            )
HIGGINS, PPA C. HIGGINS,          )
                                  )
        Plaintiffs,               )
                                  )
v.                                )
                                  )
H.N. HINCKLEY & SONS, INC.,       )
d/b/a HINCKLEY LUMBER             )
And SHAWN M. WILLOUGHBY, JR.      )
                                  )
        Defendants,               )

**PLAINTIFFS' CERTIFICATION PURSUANT TO LOCAL RULE 16.1(D)(3)**

The Plaintiffs and Plaintiffs' counsel hereby certify pursuant to L.R. 16.1(D)(3) that they have conferred concerning: 1) a budget for the costs associated with conducting the litigation; and 2) the potential resolution of the litigation through the use of alternative dispute resolution programs.

PLAINTIFFS

_____        _____
Jami Lanser                     Steven Higgins

PLAINTIFFS' ATTORNEYS

_____
Peter J. Pingitore BBO# 547333
John R. Chayrigues BBO#637505
Pingitore & Associates, LLC
Three Center Plaza, Suite 210
Boston, Massachusetts 02108
(617) 367-0990