UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MASSACHUSETTS

CIVIL ACTION # 05-11472 DPW

JAMI LANSER and STEVEN )
HIGGINS, PPA C. HIGGINS )
)
Plaintiffs, )
)
v. )
)
H.N. HINCKLEY & SONS, INC., )
d/b/a HINCKLEY LUMBER )
And SHAWN M. WILLOUGHBY, JR. )
)
Defendants, )

## JOINT MOTION TO EXTEND DEADLINES FOR THE PARTIES' EXPERT WITNESS DISCLOSURES

The Parties in the above captioned matter respectfully move, pursuant to Fed. R. Civ. P. 6(b) and L.R. 16.1 (G), that this Court issue an Order amending the deadlines for the Parties' expert witness disclosures set forth in the Scheduling Order approved by the Court on November 3, 2005. As grounds for this motion, the Parties state as follows:

1. This is an action for personal injuries brought by the Plaintiffs in connection with an automobile accident that occurred on July 15, 2002 on Martha's Vineyard. The Plaintiffs are residents of Phoenix, Arizona.

2. The Parties have agreed to attempt to mediate the Plaintiffs claims and have scheduled a mediation session for March 27, 2006. The Plaintiffs will be traveling to Boston from Phoenix for the mediation session. In the event the mediation is unsuccessful, the Plaintiffs will be available to be deposed by the Defendants on March 28, 2006.

3. Pursuant to the Scheduling Order approved by the Court, the Plaintiffs' expert witness disclosures are presently due March 15, 2006 and the Defendants' expert disclosures are due April 10, 2006.

4. The Plaintiffs have retained a medical expert to assess the injuries sustained by the minor Plaintiff in the accident. The expert's assessment will likely assist the Parties in connection with the mediation scheduled for March 27, 2006. The Plaintiffs request an additional fourteen (14) days from the present deadline for their expert witness disclosures up to and including March 29, 2006, to allow the expert to complete his review and offer his opinion regarding the minor Plaintiff's injuries. Likewise, the Defendants seek an additional fourteen (14) days for their expert disclosures, up to and including April 24, 2006.

5. The Parties' request for an extension of the deadlines for expert witness disclosures will not alter the May 3, 2006 deadline for the completion of discovery approved by the Court in the Scheduling Order, or any other deadlines or events presently scheduled in the case.

6. The allowance of this motion will facilitate the just, speedy, and inexpensive determination of this action.

WHEREFORE, the Parties jointly request that the Court issue an Order:

1. Enlarging the time for the Plaintiffs to disclose their expert witness and expert report from March 15, 2006 up to and including March 29, 2006;

2. Enlarging the time for the Defendants to disclose their expert witness and expert report from April 10, 2006 up to and including April 24, 2006.

| | |
|---|---|
| JAMI LANSER and STEVEN HIGGINS, PPA C. HIGGINS<br>By Their Attorneys, | H.N. HINCKLEY & SONS, INC.<br>And SHAWN M. WILLOUGHBY, JR<br>By Their Attorneys, |
| /s/ Peter J. Pingitore<br>Peter J. Pingitore BBO# 547333<br>John R. Chayrigues BBO#637505<br>Pingitore & Associates, LLC<br>Three Center Plaza, Suite 210<br>Boston, Massachusetts 02108<br>(617) 367-0990 | /s/ Lucas W. Talarico<br>Peter V. Bellotti BBO #544713<br>Kimberly D. Cooperstein BBO#567151<br>Lucas W. Talarico BBO#655144<br>Bellotti & Barretto, P.C.<br>Davenport Building<br>25 Thorndike Street<br>Cambridge, Massachusetts 02141<br>(617) 225-2100 |

CERTIFICATE OF SERVICE

I hereby certify that on this day a true copy of the above document was served upon the attorney of record for each party by mail/by hand.

Date: 3/8/06

3