UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MASSACHUSETTS

CIVIL ACTION # 05-11472 DPW

|  |  |
|---|---|
| JAMI LANSER and STEVEN HIGGINS, PPA C. HIGGINS<br><br>Plaintiffs,<br><br>v.<br><br>H.N. HINCKLEY & SONS, INC., d/b/a HINCKLEY LUMBER And SHAWN M. WILLOUGHBY, JR.<br><br>Defendants, | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**STATUS REPORT**

Pursuant to the Court's November 9, 2005 Scheduling Order, the parties submit this joint Status Report to inform the Court that they have agreed to a settlement of the Plaintiffs' claims. The parties are in the process of finalizing the terms of the settlement and anticipate filing a Joint Petition For Approval of Minor Settlement within the next several days. Upon the Court's approval of the Petition and the Defendants' payment of the settlement proceeds, the Plaintiffs shall file a Stipulation of Dismissal, with prejudice, of all claims alleged in the First Amended Complaint and Jury Demand.

| | |
|---|---|
| JAMI LANSER and STEVEN HIGGINS, PPA C. HIGGINS<br>By Their Attorneys, | H.N. HINCKLEY & SONS, INC.<br>And SHAWN M. WILLOUGHBY, JR<br>By Their Attorneys, |
| */s/ Peter J. Pingitore*<br>Peter J. Pingitore BBO# 547333<br>John R. Chayrigues BBO#637505<br>Pingitore & Associates, LLC<br>Three Center Plaza, Suite 210<br>Boston, Massachusetts 02108<br>(617) 367-0990 | */s/ Kimberly D. Cooperstein (JRC)*<br>Peter V. Bellotti BBO #544713<br>Kimberly D. Cooperstein BBO#567151<br>Lucas W. Talarico BBO#655144<br>Bellotti & Barretto, P.C.<br>Davenport Building<br>25 Thorndike Street<br>Cambridge, Massachusetts 02141<br>(617) 225-2100 |

**CERTIFICATE OF SERVICE**

I hereby certify that on this day a true copy of the above document was served upon the attorney of record for each party by mail/by hand.

Date: 5/17/06