# EXHIBIT A

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MASSACHUSETTS

CIVIL ACTION # 05-11472 DPW

JAMI LANSER and STEVEN )
HIGGINS, PPA C. HIGGINS )

    Plaintiffs, )

v. )

H.N. HINCKLEY & SONS, INC., )
d/b/a HINCKLEY LUMBER )
And SHAWN M. WILLOUGHBY, JR. )

    Defendants, )

## MEMORANDUM OF UNDERSTANDING

1. Defendants agree to pay Plaintiffs sums, the total present value of which is One Hundred Sixty-Five Thousand Dollars ($165,000) in full settlement of all claims which arise or may arise from the facts alleged in the above action, including any claims against Defendants' insurers under M.G.L. Ch. 93A or 176D.

2. Plaintiffs will be responsible for liens on the case, if any.

3. Counsel will prepare and have executed formal settlement documents including releases by all plaintiffs, stipulations of dismissal of all claims with prejudice, structured settlement documents if any, and a petition (including a trust instrument for the benefit of Colin Higgins) to the Court for approval, the terms of which are to be agreed to by all Parties, as necessary, as a condition precedent to settlement.

4. This Memorandum may be executed in counterparts, each of which taken together shall constitute but one and the same instrument. This Memorandum may be executed by facsimile transmission, which facsimile signatures shall be considered original executed counterparts for purposes of this paragraph, and each Party to this Memorandum agrees that it will be bound by its own facsimile signature and that it accepts the facsimile signature of the other Party to this Memorandum.

_____          _____
Jami Lanser, for herself                                  Jerry Schwager,
And Colin Higgins                                           For Arbella insurance

_____
Steven Higgins, for himself
And Colin Higgins

_____          _____
John Chayrigues,                                           Kimberly Goodman,
Attorney for all Plaintiffs                                Attorney for Defendants

Friday, March 31, 2006

2

2

| | |
|---|---|
| Jami Lanser, for herself<br>And Colin Higgins | Jerry Schwager,<br>For Arbella insurance |
| *[signature]*<br>Steven Higgins, for himself<br>And Colin Higgins | |
| John Chayrigues,<br>Attorney for all Plaintiffs | Kimberly Goodman,<br>Attorney for Defendants |

Monday, April 10, 2006

# EXHIBIT B

# **RELEASE**

In consideration of One Hundred and Sixty-Five Thousand Dollars ($165,000.00) payable by Arbella Mutual Insurance Company as follows: 1) One Hundred and Twenty Thousand Five Hundred ($120,500.00) payable to New York Life Insurance Company for the purchase of an annuity policy for the benefit of the minor, Colin Higgins; and 2) Forty Four Thousand Five Hundred ($44,500.00) payable to Pingitore & Associates, LLC as payment of fees and expenses incurred; the receipt whereof is hereby acknowledged, we, Jami Lanser and Steven Higgins, both as parents and next of friends of Colin Higgins, a minor, and individually (hereinafter collectively referred to as "RELEASORS"), hereby remise, release and forever discharge H.N. Hinckley & Sons, Inc., dba Hinckley Lumber and Shawn M. Willoughby, Jr. and all of their agents, servants, employees, heirs, executors, administrators, estates, successors, assigns, legal representatives, owners, principals, shareholders, directors and other representatives; and their insurer(s), specifically Arbella Mutual Insurance Company (hereinafter collectively referred to as "RELEASEES") of and from all debts, demands, actions, causes of action, suits, accounts, covenants, contracts, agreements, damages, and any and all claims, demands and liabilities whatsoever of every name and nature, both in law and in equity, which against, H.N. Hinckley & Sons, Inc., dba Hinckley Lumber and Shawn M. Willoughby, Jr., and all of their agents, servants, employees, heirs, executors, administrators, estates, successors, assigns, legal representatives, and other representatives; and Arbella Mutual Insurance Company, their attorneys, agents, servants, employees, predecessor, successors, heirs, assigns and insurers, Colin Higgins now has or ever had from the beginning of the world to this date, arising out of a motor vehicle/pedestrian accident occurring on July 15, 2002. We further agree to indemnify, defend and hold harmless the RELEASEES for any and all claims Colin Higgins may have at anytime, including but not limited to the date of his reaching age of majority and thereafter arising out of the incident of July 15, 2002.

The RELEASORS hereby acknowledge and assume all risk, chance, or hazard that the injuries or damage may be or become permanent, progressive, greater or more extensive than is now known, anticipated or expected, or may result in death. No promise or inducement which is not herein expressed has been made to the RELEASORS and in executing this RELEASE, the RELEASORS do not rely upon any statement or representation made by any person, firm or corporation, hereby released, or any agents, physician doctor, insurer or any other person representing the RELEASEES concerning the nature, extent or duration of said damages or losses or the legal liability therefor.

It is understood and agreed that payment of the above sum is only for the purpose of compromise of a disputed claim and is not, in any way, to be construed as an admission of liability on the part of the RELEASEES.

This RELEASE may be executed in any number of counterparts, and each counterpart, when executed, shall have the efficacy of a signed original. Similarly, a facsimile or photocopy of this executed RELEASE shall have the same force and effect as the original.

IN WITNESS WHEREOF, we have hereunto set our hands and seal this _____ day of May, 2006.

_____
Jami Lanser, as Mother and next friend
of Colin Higgins, a minor, and individually

_____
Witness

_____
Steven Higgins, as Father and next friend
of Colin Higgins, a minor, and individually

_____
Witness

# EXHIBIT C

Higgins Expense Report
8/14/94 Through 5/17/06

5/17/06                                                                                                          Page 1

| Date | Account | Num | Description | Memo | Category | Cl | Amount |
|---|---|---|---|---|---|---|---|
| 8/31/02 | Business... | 2103 | ... West Group | Higgins001 | Library Sbscrp | R | -248.25 |
| 8/31/02 | Business... | 2108 | ... Federal Express | Higgins001 | Courier | R | -16.98 |
| 9/11/02 | Business... | 2115 | VOID | Higgins | Medical | R | 0.00 |
| 12/15... | Business... | 2187 | Martha's Vineyard Hospital | Higgins001 | Medical Rcds | R | -25.00 |
| 11/19... | Business... | 2437 | ... Federal Express | Higgins001 | Courier | R | -28.22 |
|  |  |  |  | Higgins001 | Courier | R | -29.62 |
| 12/15... | Business... | 1008 | Edgartown District Court | Higgins001 | Filing Fee | R | -50.50 |
| 3/8/04 | Business... | 1105 | Ikon | Higgins001 | Photocopying | R | -18.90 |
| 4/8/04 | Business... | 1119 | Eppley Court Reporting | Higgins001 | Court Reporter | R | -68.95 |
| 5/16/05 | Business... | 1450 | ... West Group | Higgins001 | Subscriptions | R | -20.04 |
| 5/16/05 | Business... | 1452 | ... Social Law Library | Higgins001 | Photocopying | R | -0.60 |
| 5/16/05 | Business... | 1453 | Edgartown District Court | Higgins001 | Photocopying | R | -7.50 |
| 7/12/05 | Business... | 1478 | U. S. District Court - Dist. ... | Higgins001 | Filing Fee | R | -250.00 |
| 7/19/05 | Business... | 1480 | ... Social Law Library | Higgins001 | Photocopying | R | -3.40 |
| 7/27/05 | Business... | 1492 | Dukes County Sheriff's Off... | Higgins001 | Constable Fee | R | -85.00 |
| 8/12/05 | Business... | DEP | Dukes County Sheriff's Off... | Higgins001 | Acct Credit | R | 30.75 |
| 8/12/05 | Business... | 1500 | Disinterested Parties | Higgins001 | Constable Fee | R | -117.00 |
| 8/23/05 | Business... | 1505 | Registry of Motor Vehicles | Higgins001 | Admin. Fees | R | -15.00 |
| 9/12/05 | Business... | 1519 | Federal Express | Higgins001 | Courier | R | -21.83 |
| 9/12/05 | Business... | 1520 | Breakaway Courier Systems | Higgins001 | Courier | R | -9.00 |
| 10/11... | Business... | 1534 | Edgartown District Court | Higgins001 | Photocopying | R | -22.50 |
| 10/17... | Business... | 1537 | ... PACER | Higgins001 | Library Sbscrp | R | -10.00 |
| 11/7/05 | Business... | 1554 | ... Breakaway Courier Systems | Higgins001 | Courier | R | -7.00 |
| 11/17... | Business... | 1557 | Medical Records Associates | Higgins001 | Medical Rcds | R | -78.19 |
| 11/22... | Business... | 1562 | Ikon | Higgins001 | Photocopying | R | -54.35 |
| 11/22... | Business... | 1568 | ... Federal Express | Higgins001 | Courier | R | -32.41 |
|  |  |  |  | Higgins001 | Courier | R | -22.41 |
| 11/30... | Business... | 1570 | ... West Group | Higgins001 | Subscriptions | R | -2.71 |
|  |  |  |  | Higgins001 | Subscriptions | R | -61.47 |
| 12/12... | Business... | 1580 | Edgartown District Court | Higgins001 | Photocopying | R | -37.50 |
| 1/27/06 | Business... | 1596 | ... West Group | HIggins001 | Subscriptions | R | -72.76 |
| 1/30/06 | Business... | 1609 | boston Med Flight | Higgins001 | Medical Rcds | R | -15.00 |
| 1/30/06 | Business... | 1611 | ... Social Law Library | Higgins001 | Photocopying | R | -8.00 |
| 2/15/06 | Business... | 1617 | ... West Group | Higgins001 | Subscriptions | R | -1.84 |
| 2/15/06 | Business... | 1622 | Arizona Children's Gastro... | Higgins001 | Medical Rcds | R | -25.00 |
| 2/15/06 | Business... | 1623 | ... Federal Express | Higgins001 | Courier | R | -23.03 |
| 3/15/06 | Business... | 1640 | ... West Group | Higgins001 | Subscriptions | R | -96.76 |
| 3/15/06 | Business... | 1641 | ... Federal Express | Higgins001 | Courier | R | -27.14 |
| 3/22/06 | Business... | 1644 | The Mediation Group | Higgins001 | Admin. Fees | R | -775.00 |
| 3/23/06 | Business... | 1645 | Dr. Stephen Killmer | Higgins001 | Medical Rcds | R | -30.00 |
| 3/24/06 | Business... | 1646 | Dr. Glenn Faruta | Higgins001 | Expert Fees | R | -700.00 |
| 4/4/06 | Business... | 1658 | Pediatric Surgeons Of Ph... | Higgins001 | Medical Rcds | R | -25.00 |
| 4/10/06 | Business... | 1663 | ... Federal Express | Higgins001 | Courier | R | -20.14 |
| 4/10/06 | Business... | 1662 | ... Breakaway Courier Systems | Higgins001 | Courier | R | -13.00 |
| 4/10/06 | Business... | 1661 | ... Social Law Library | Higgins001 | Photocopying | R | -13.60 |
| 5/12/06 | Business... | 1680 | ... Social Law Library | Higgins001 | Photocopying |  | -3.60 |
| 3/24/06 | BusCredi... |  | Kodak | Higgins001 | Supplies |  | -74.45 |
| 3/28/06 | BusCredi... |  | Governement Center Park... | Higgins001 | Parking |  | -19.00 |

TOTAL 8/14/94 - 5/17/06                                                                                -3,256.90

TOTAL INFLOWS                                                                                           30.75
TOTAL OUTFLOWS                                                                                       -3,287.65

NET TOTAL                                                                                            -3,256.90