UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MASSACHUSETTS

CIVIL ACTION # 05-11472 DPW

|  |  |
|---|---|
| JAMI LANSER and STEVEN HIGGINS, PPA C. HIGGINS | ) ) ) ) |
| Plaintiffs, | ) ) ) |
| v. | ) ) ) |
| H.N. HINCKLEY & SONS, INC., d/b/a HINCKLEY LUMBER And SHAWN M. WILLOUGHBY, JR. | ) ) ) ) ) |
| Defendants, | ) ) |

### ORDER

This matter came before the Court pursuant to the Joint Motion Of All Parties To Affirm The Court's June 14, 2006 Order Approving Settlement On Behalf Of A Minor (the "Motion"). Based upon the Court's review of the Motion and all related papers, it is hereby ordered as follows:

1. The Motion is hereby allowed and the Order previously entered by the Court on June 14, 2006 approving the settlement of the minor plaintiff's claims is AFFIRMED.

Entered as an Order of the Court this 3rd day of July, 2006.

Douglas P. Woodlock,
United States District Court Judge