UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MASSACHUSETTS

CIVIL ACTION # 05-11472 DPW

| | |
|---|---|
| JAMI LANSER and STEVEN HIGGINS, PPA C. HIGGINS<br><br>    Plaintiffs,<br><br>v.<br><br>H.N. HINCKLEY & SONS, INC., d/b/a HINCKLEY LUMBER And SHAWN M. WILLOUGHBY, JR.<br><br>    Defendants, | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### STIPULATION OF DISMISSAL WITH PREJUDICE

Now come the parties to the above-entitled matter pursuant to Fed. R. Civ. P. 41(a)(1)(ii) and hereby stipulate and agree that the said action shall be dismissed with prejudice and without costs to any party. All parties assent to this dismissal and all rights of appeal are hereby waived.

JAMI LANSER and STEVEN
HIGGINS, PPA C. HIGGINS

By Their Attorneys,

*/s/ Peter J. Pingitore*
Peter J. Pingitore BBO# 547333
John R. Chayrigues BBO#637505
Pingitore & Associates, LLC
Three Center Plaza, Suite 210
Boston, Massachusetts 02108
(617) 367-0990

H.N. HINCKLEY & SONS, INC.,
d/b/a HINCKLEY LUMBER
And SHAWN M. WILLOUGHBY, JR

By Their Attorneys,

*/s/ Kimberly D. Cooperstein*
Peter V. Bellotti BBO #544713
Kimberly D. Cooperstein BBO#567151
Lucas W. Talarico BBO#655144
Bellotti & Barretto, P.C.
Davenport Building
25 Thorndike Street
Cambridge, Massachusetts 02141
(617) 225-2100

## CERTIFICATE OF SERVICE

The undersigned, attorney for the Plaintiffs in the above-captioned matter, hereby certifies that a true copy of the above document was served upon the attorney of record for each other party, by first class mail, on the date specified below:

Kimberly D. Goodman-Cooperstein, Esq.
Bellotti & Barretto, P.C.
Davenport Building
25 Thorndike Street
Cambridge, Massachusetts 02141

Dated: 7/12/06

John R. Chayrigues BBO#637505
Pingitore & Associates, LLC
Three Center Plaza, Suite 210
Boston, Massachusetts 02108
(617) 367-0990